```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**TONY J. BRISKER,**                     *
                                         *
    **Plaintiff,**                       *
                                         *
v.                                       *Civil Action No. 05-00091-BH-B
                                         *
**JO ANNE B. BARNHART,**                 *
**Commissioner of**                      *
**Social Security,**                     *
                                         *
    **Defendant.**                       *

## JUDGMENT

In accordance with this Court's Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

    **DONE** this 12th day of September, 2005.

                                                s/ W. B. Hand
                                       **SENIOR DISTRICT JUDGE**