```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **TONY J. BRISKER,** | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | * Civil Action No. 05-00091-BH-B |
| | * |
| **JO ANNE B. BARNHART,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
|     Defendant. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 21, 2005, concerning attorneys' fees is **ADOPTED** as the opinion of this Court.

**DONE** this 4th day of January, 2006.

                                                                 s/ W. B. Hand
                                                       SENIOR DISTRICT JUDGE