```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

TONY J. BRISKER,                    *
                                    *
    Plaintiff,                     *
                                    *
v.                                  * Civil Action No. 05-00091-BH-B
                                    *
JO ANNE B. BARNHART,                *
Commissioner of                     *
Social Security,                    *
                                    *
    Defendant.                     *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), and that the award be limited to the EAJA rate of $125.00 per hour, thereby resulting in an award of $375.00 for 3.0 attorney hours spent representing Plaintiff in connection with this action.

    **DONE** this 4th day of January, 2006.

                                                        s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE